1016

[No. 13520-9-III.     Division Three.     March 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO MADORE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-1-00075-5, Yancey Reser, J., entered August 2, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.

[Nos. 13071-1-III; 13072-0-III;   Division Three.   March 9, 1995.]
13073-8-III.

TINA MARIE BURGE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, Nos. 91-7-00091-6, 91-7-00092-4, 91-7-00063-1, Ted Walter Small, Jr., J., entered February 24, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13033-9-III.     Division Three.     March 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH S. MORTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01205-2, F. James Gavin, J., entered February 5, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.